# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Sealed Hearing**

Case Number: 6:17-cv-504-Orl-40GJK

**World Wrestling Entertainment, Inc.**   **Plaintiff's Counsel:** Christopher Verdini
                                                                    Jonathan Morton

        **Plaintiff,**

v.

**John and Jane Does 1-100, and
XYZ Corporations 1-100**

        **Defendants.**

| Judge: | Paul G. Byron | Court Reporter | Koretta Stanford skoretta@bellsouth.net |
|---|---|---|---|
| Deputy Clerk: | Grace Bennett | Interpreter: | N/A |
| Date: | April 6, 2017 | Time: | 1:00 PM – 1:25 PM TOTAL: 25 minutes |

Case called. Counsel appearances.

The Court discusses matters with the parties. It is ORDERED that the case will now be unsealed. It is ORDERED that the Temporary Restraining Order will be converted to a Preliminary Injunction. The Court will enter the Order for Preliminary Injunction promptly.

Court adjourned.