# EXHIBIT 2

COMMON LAW INTELLECTUAL PROPERTY
OF WORLD WRESTLING ENTERTAINMENT, INC.







| MARK | MARK |
|---|---|
| 100% BAD LASS | KEEP CALM AND NEVER GIVE UP |
| AJ STYLES | KO |
| AMBROSE ASYLUM | MACHO MAN |
| ANDRE THE GIANT | MACHO MAN RANDY SAVAGE |
| ATTITUDE ADJUSTMENT | MR. WRESTLEMANIA |
| BAD NEWS BARRETT | NAKAMURA |
| BARON CORBIN | NATURE BOY |
| BEAST INCARNATE | ONE VERSUS ALL |
| BEAST FOR BUSINESS | OUTTA NOWHERE |
| BOLIEVE | JIM ROSS |
| BRET HART | PYTHON POWER |
| BRIE MODE | RAISE YOUR LIMITS |
| BRUTUS THE BARBER BEEFCAKE | TAKING SOULS AND DIGGING HOLES |
| BULLETPROOF | RISE ABOVE |
| CAN I GET A HUG | RISE ABOVE HATE |
| CATCH YOUR BREATH | RKO |
| CEREBRAL ASSASSIN | ROMAN EMPIRE |
| DEADMAN INC. | SGT. SLAUGHTER |
| DIAMOND DALLAS PAGE | SPARE NO ONE, SPEAR EVERYONE |
| DIRTY DEEDS | STAY FEARLESS |
| DO THE WORK | STEP UP OR STEP ASIDE |
| DOWN WITH THE MACHINE | STEPH FOR BUSINESS |
| EARN IT | STING |
| EAT SLEEP CONQUER REPEAT | TAPOUT |
| FEARLESS | TEXAS RATTLESNAKE |
| FEARLESS NIKKI | THAT DAMN GOOD |
| FEED ME MORE | THAT'S WHAT I DO |
| FEEL THE GLOW | THE CHAMP IS HERE |
| FEEL THE POWER | THE LEGIT BOSS |
| FIGHT OWENS FIGHT | THE NEW FACE OF FEAR |
| TEDDY LONG | THE SHOWSTOPPER |
| HERE COMES THE MONEY | U CAN'T SEE ME |
| HIT HARD HIT OFTEN | UNSTABLE |
| HITMAN | UP UP DOWN DOWN |
| HOT ROD | VENGEANCE UNEARTHED |
| HUG LIKE A CHAMP | VENOM IN MY VEINS |
| I AM PHENOMENAL | THE ULTIMATE THRILL RIDE |
| I BRING THE FIGHT | YES YES YES |
| I'M AWESOME | YOKOZUNA |
| IN SHANE WE TRUST | YOU CAN'T STOP ME |
| IRON FIST, IRON RULE | SUPLEX CITY |
| IT'S FEEDING TIME | SPLX-CTY |
| IT'S TOO BAD I'M TOO GOOD | SANITY |
| JAKE THE SNAKE ROBERTS | SAWFT |
| CERTIFIED G | LEGIT BOSS |
| BIG CASS | RESPECT EARN IT |
| STAY FEARLESS | I'M A HUGGER |
| STRONG STYLE | BIG E |
| KURT ANGLE | IT'S TRUE IT'S TRUE |