# EXHIBIT

# 3

## TENTATIVE WWE TOUR ROUTING (MARCH 2017 - MARCH 2018)
### ***ALL DATES SUBJECT TO CHANGE***

| Date | Venue |
|------|-------|
| 03/02/2017 | Express Live!,Columbus,OH |
| 03/02/2017 | Lakeland Armory,Lakeland,FL |
| 03/03/2017 | Crystal River Armory,Crystal River,FL |
| 03/03/2017 | Agora Theatre,Cleveland,OH |
| 03/04/2017 | La Crosse Center,La Crosse,WI |
| 03/04/2017 | Bartow Armory,Bartow,FL |
| 03/04/2017 | Packard Music Hall - NXT,Warren,OH |
| 03/05/2017 | BMO Harris Bank Bradley Center,Milwaukee,WI |
| 03/05/2017 | BMO Harris Bank Center,Rockford,IL |
| 03/06/2017 | Allstate Arena,Chicago,IL |
| 03/06/2017 | Bloomington Coliseum,Bloomington,IL |
| 03/07/2017 | Bankers Life Fieldhouse,Indianapolis,IN |
| 03/09/2017 | Minnreg Hall,Largo,FL |
| 03/10/2017 | Midtown Cultural & Education Center,Daytona Beach,FL |
| 03/10/2017 | KeyBank Center,Buffalo,NY |
| 03/11/2017 | RICOH COLISEUM,Toronto,Canada |
| 03/11/2017 | Englewood Neighborhood Center,Orlando,FL |
| 03/11/2017 | EagleBank Arena,Fairfax,VA |
| 03/12/2017 | Madison Square Garden,New York,NY |
| 03/12/2017 | Budweiser Gardens,London,Canada |
| 03/13/2017 | Joe Louis Arena,Detroit,MI |
| 03/13/2017 | Charleston Civic Center Colise,Charleston,WV |
| 03/14/2017 | PPG Paints Arena,Pittsburgh,PA |
| 03/16/2017 | Hilton Ocala ,Ocala,FL |
| 03/17/2017 | MLK Center,Gainesville,FL |
| 03/17/2017 | War Memorial Arena,Syracuse,NY |
| 03/18/2017 | PPL Center,Allentown,PA |
| 03/18/2017 | Times Union Center,Albany,NY |
| 03/19/2017 | Giant Center,Hershey,PA |
| 03/19/2017 | Mullins Center,Amherst,MA |
| 03/20/2017 | DCU Center,Worcester,MA |
| 03/20/2017 | Barclays Center,Bronklyn,NY |
| 03/21/2017 | Mohegan Sun Arena,Uncasville,CT |
| 03/23/2017 | Cocoa Beach Armory,Cocoa Beach,FL |
| 03/24/2017 | Jacksonville Armory,Jacksonville,FL |
| 03/24/2017 | Bell Centre,Montreal ,QC |
| 03/25/2017 | Cross Insurance Arena,Portland,ME |
| 03/25/2017 | UACDC Complex,Tampa,FL |
| 03/25/2017 | Freedom Hall,Johnson City,TN |
| 03/26/2017 | PNC Arena,Raleigh,NC |
| 03/26/2017 | Westchester County Center,White Plains,NY |
| 03/27/2017 | Wells Fargo Center,Philadelphia,PA |
| 03/27/2017 | Norfolk Scope Arena,Norfolk,VA |
| 03/28/2017 | The Coliseum,Richmond,VA |

| | |
|---|---|
| 03/30/2017 | Orange County Convention Center,Orlando,FL |
| 03/31/2017 | Orange County Convention Center,Orlando,FL |
| 03/31/2017 | Amway Center,Orlando,FL |
| 04/01/2017 | Amway Center - NXT,Orlando,FL |
| 04/01/2017 | Orange County Convention Center,Orlando,FL |
| 04/02/2017 | Orange County Convention Center,Orlando,FL |
| 04/02/2017 | Citrus Bowl,Orlando,FL |
| 04/03/2017 | Amway Center,Orlando,FL |
| 04/04/2017 | Amway Center,Orlando,FL |
| 04/05/2017 | Full Sail University ,Orlando,FL |
| 04/07/2017 | Havert L. Fenn Center,Fort Pierce ,FL |
| 04/08/2017 | Minnreg Hall,Largo,FL |
| 04/10/2017 | Nassau Coliseum,Uniondale,NY |
| 04/11/2017 | T.D. Garden,Boston,MA |
| 04/13/2017 | Center Stage Theatre,Atlanta,GA |
| 04/14/2017 | Spartanburg Memorial Auditorium - NXT,Spartanburg,SC |
| 04/14/2017 | Dunkin Donuts Center ,Providence,RI |
| 04/14/2017 | St. Augustine Armory,Saint Augustine,FL |
| 04/15/2017 | Cabarrus Arena - NXT,Concord,NC |
| 04/15/2017 | Show Me Center,Cape Girardeau,MO |
| 04/15/2017 | State Farm Center,Champaign,IL |
| 04/15/2017 | MLK Center,Gainesville,FL |
| 04/15/2017 | JQH Arena,Springfield,MO |
| 04/16/2017 | E.A. Diddle Arena,Bowling Green,KY |
| 04/16/2017 | Show Me Center,Cape Girardeau,MO |
| 04/16/2017 | U.S. Bank Arena,Cincinnati,OH |
| 04/17/2017 | Schottenstein Center,Columbus,OH |
| 04/17/2017 | E.A. Diddle Arena,Bowling Green,KY |
| 04/17/2017 | Ford Center Evansville,Evansville,IN |
| 04/17/2017 | Nationwide Arena,Columbus,OH |
| 04/18/2017 | KFC Yum Center,Louisville,KY |
| 04/19/2017 | Full Sail University ,Orlando,FL |
| 04/20/2017 | UACDC Complex,Tampa,FL |
| 04/21/2017 | Crystal River Armory,Crystal River,FL |
| 04/21/2017 | Rushmore Plaza Civic Center,Rapid City,SD |
| 04/22/2017 | Bismarck Civic Center,Bismarck,ND |
| 04/22/2017 | Wings Event Center,Kalamazoo,MI |
| 04/22/2017 | Cocoa Beach Armory,Cocoa Beach,FL |
| 04/23/2017 | Fargodome,Fargo,ND |
| 04/23/2017 | Hammond Civic Center,Hammond,IN |
| 04/24/2017 | Sprint Center Arena,Kansas City,MO |
| 04/24/2017 | Peoria Civic Center,Peoria,IL |
| 04/25/2017 | Wells Fargo Arena,Des Moines,IA |
| 04/27/2017 | Silverstein Eye Centers Arena,Independence ,MO |
| 04/28/2017 | Family Arena - NXT,Saint Charles,MO |
| 04/28/2017 | Venice Community Center,Venice,FL |
| 04/29/2017 | Englewood Neighborhood Center,Orlando,FL |

2

| | |
|---|---|
| 04/29/2017 | Landers Center,Southaven,MS |
| 04/30/2017 | SAP Center ,San Jose,CA |
| 05/01/2017 | Golden 1 Center,Sacramento,CA |
| 05/01/2017 | Stockton Arena,Stockton,CA |
| 05/02/2017 | Save Mart Center,Fresno,CA |
| 05/03/2017 | Palalottomatica,Rome,Italy |
| 05/04/2017 | Unipol Arena,Bologna,Italy |
| 05/04/2017 | Comerica Theatre,Phoenix,AZ |
| 05/04/2017 | The SSE Hydro,Glasgow,United Kingdom |
| 05/05/2017 | Motorpoint Arena,Cardiff,United Kingdom |
| 05/05/2017 | Riverside Municipal Auditorium,RIVERSIDE,CA |
| 05/05/2017 | 3Arena,Dublin,Ireland |
| 05/05/2017 | MLK Center,Gainesville,FL |
| 05/06/2017 | Viejas Arena,San Diego,CA |
| 05/06/2017 | Epic Studios,Norwich,United Kingdom |
| 05/06/2017 | St. Petersburg Armory,Saint Petersburg,FL |
| 05/06/2017 | The SSE Arena,Belfast,United Kingdom |
| 05/06/2017 | Plaza Toros Valencia,Valencia,Spain |
| 05/07/2017 | Echo Arena Liverpool,Liverpool,United Kingdom |
| 05/07/2017 | Epic Studios,Norwich,United Kingdom |
| 05/07/2017 | Coliseo De A Coruna,Coruna,Spain |
| 05/08/2017 | Bournemouth International Centre,Bournemouth,United Kingdom |
| 05/08/2017 | O2 Arena,London,United Kingdom |
| 05/09/2017 | O2 Arena,London,United Kingdom |
| 05/09/2017 | Zenith Arena,Lille,France |
| 05/10/2017 | Genting Arena,Birmingham,United Kingdom |
| 05/10/2017 | Hallenstadion,Zurich,Switzerland |
| 05/11/2017 | Sheffield Arena,Sheffield,United Kingdom |
| 05/11/2017 | Porsche-Arena,Stuttgart,Baden-Wurttemberg,Germany |
| 05/11/2017 | Midtown Cultural & Education Center,Daytona Beach,FL |
| 05/12/2017 | Country Hall Liege,Liege,Belgium |
| 05/12/2017 | Minnreg Hall,Largo,FL |
| 05/12/2017 | Newcastle Metro Radio Arena,Newcastle,United Kingdom |
| 05/13/2017 | Hovet Arena,Stockholm,Sweden |
| 05/13/2017 | Ahoy Arena,Rotterdam,Netherlands |
| 05/13/2017 | Winter Haven Armory,Winter Haven ,FL |
| 05/14/2017 | Royal Arena,Copenhagen,Denmark |
| 05/15/2017 | Prudential Center,Newark,NJ |
| 05/16/2017 | SNHU Arena,Manchester,NH |
| 05/18/2017 | BBT Arena - NXT,Highland Heights,KY |
| 05/19/2017 | Old National Events Plaza,Evansville,IN |
| 05/20/2017 | Allstate Arena - NXT,Chicago,IL |
| 05/21/2017 | Allstate Arena,Chicago,IL |
| 05/22/2017 | Van Andel Arena,Grand Rapids,MI |
| 05/22/2017 | EMU Convocation Center,Ypsilanti,MI |
| 05/23/2017 | Huntington Center,Toledo,OH |
| 05/25/2017 | Full Sail University ,Orlando,FL |

3

| | |
|---|---|
| 05/26/2017 | Cocoa Beach Armory,Cocoa Beach,FL |
| 05/26/2017 | Eastern KY Expo Center,Pikeville,KY |
| 05/27/2017 | Greensboro Coliseum ,Greensboro,NC |
| 05/27/2017 | Knoxville Civic Coliseum,Knoxville,TN |
| 05/27/2017 | Havert L. Fenn Center,Fort Pierce ,FL |
| 05/28/2017 | James Brown Arena,Augusta,GA |
| 05/28/2017 | Mckenzie Arena @ UTC,Chattanooga,TN |
| 05/29/2017 | Bon Secours Wellness Arena,Greenville,SC |
| 05/29/2017 | Macon Coliseum,Macon,GA |
| 05/30/2017 | Philips Arena,Atlanta,GA |
| 06/02/2017 | Sun National Bank Center,Trenton,NJ |
| 06/03/2017 | Webster Bank Arena at Harbor Yard,Bridgeport,CT |
| 06/03/2017 | Santander Arena,Reading,PA |
| 06/04/2017 | Glens Falls Civic Center,Glens Falls,NY |
| 06/04/2017 | Royal Farms Arena,Baltimore,MD |
| 06/05/2017 | First Arena,Elmira,NY |
| 06/05/2017 | Utica Memorial Auditorium,Utica,NY |
| 06/05/2017 | Mohegan Sun Arena @ Casey Plaza,Wilkes Barre,PA |
| 06/05/2017 | Aberdeen ECC - NXT,Aberdeen,United Kingdom |
| 06/06/2017 | Manchester Arena - NXT,Manchester,United Kingdom |
| 06/06/2017 | Blue Cross Arena,Rochester,NY |
| 06/07/2017 | First Direct Arena - NXT,Leeds,United Kingdom |
| 06/08/2017 | Brighton Centre - NXT,Brighton,United Kingdom |
| 06/08/2017 | Coliseo De Puerto Rico,San Juan,Puerto Rico |
| 06/09/2017 | Mississippi St. Fair Coliseum,Jackson,MS |
| 06/09/2017 | BB&T Center,Ft. Lauderdale,FL |
| 06/09/2017 | Download Festival,Donington Park,United Kingdom |
| 06/10/2017 | Download Festival,Donington Park,United Kingdom |
| 06/10/2017 | Coliseo Roberto Duran,Panama,Panama |
| 06/10/2017 | Rapides Coliseum,Alexandria,LA |
| 06/11/2017 | Ford Arena,Beaumont,TX |
| 06/11/2017 | Parque Viva,San Jose,Costa Rica |
| 06/11/2017 | Download Festival,Donington Park,United Kingdom |
| 06/12/2017 | Cajundome,Lafayette,LA |
| 06/13/2017 | Smoothie King Center,New Orleans,LA |
| 06/16/2017 | Rexall Place,Edmonton,AB |
| 06/17/2017 | Corral Arena,Calgary,AB |
| 06/18/2017 | Scottrade Center,St. Louis,MO |
| 06/18/2017 | Prairie Capital Conv. Center,Springfield,IL |
| 06/19/2017 | Ford Center Evansville,Evansville,IN |
| 06/19/2017 | Indiana Farmers Coliseum,Indianapolis,IN |
| 06/20/2017 | Wright State University's Nutter Center ,Dayton,OH |
| 06/24/2017 | Rogers Arena,Vancouver,BC |
| 06/25/2017 | XFINITY Arena at Everett,Everett,WA |
| 06/26/2017 | Staples Center,Los Angeles,CA |
| 06/26/2017 | Rabobank Arena,Bakersfield,CA |
| 06/27/2017 | Valley View Casino Center,San Diego,CA |

| | |
|---|---|
| 06/28/2017 | Singapore Indoor Stadium,Singapore,Singapore |
| 06/30/2017 | Ryoguku Arena,Tokyo,Japan |
| 07/01/2017 | Ector County Coliseum,Odessa,TX |
| 07/01/2017 | Ryoguku Arena,Tokyo,Japan |
| 07/02/2017 | United Supermarkets Arena,Lubbock,TX |
| 07/02/2017 | Lea County Event Center,Hobbs,NM |
| 07/03/2017 | Talking Stick Resort Arena,Phoenix,AZ |
| 07/03/2017 | Amarillo Civic Center,Amarillo,TX |
| 07/04/2017 | Tucson Convention Center,Tucson,AZ |
| 07/07/2017 | Madison Square Garden,New York,NY |
| 07/08/2017 | American Bank Center Arena,Corpus Christi,TX |
| 07/08/2017 | Extraco Events Center,Waco,TX |
| 07/09/2017 | State Farm Arena,Hidalgo,TX |
| 07/09/2017 | American Airlines Center,Dallas,TX |
| 07/10/2017 | Laredo Energy Arena,Laredo,TX |
| 07/10/2017 | Toyota Center,Houston,TX |
| 07/11/2017 | AT&T Center,San Antonio,TX |
| 07/14/2017 | Berglund Center Coliseum,Roanoke,VA |
| 07/15/2017 | Pensacola Bay Center,Pensacola,FL |
| 07/15/2017 | Big Sandy Superstore Arena,Huntington,WV |
| 07/16/2017 | Lexington Cntr Rupp Arena,Lexington,KY |
| 07/16/2017 | Donald L. Tucker Civic Center,Tallahassee,FL |
| 07/17/2017 | Columbus Civic Center,Columbus,GA |
| 07/17/2017 | Bridgestone Arena,Nashville,TN |
| 07/18/2017 | Legacy Arena,Birmingham,AL |
| 07/21/2017 | Crown Coliseum,Fayetteville,NC |
| 07/22/2017 | Hampton Coliseum,Hampton,VA |
| 07/22/2017 | Wildwoods Convention Center,Wildwood,NJ |
| 07/23/2017 | WYCC,Salisbury,MD |
| 07/23/2017 | Wells Fargo Center,Philadelphia,PA |
| 07/24/2017 | Bob Carpenter Center,Newark,DE |
| 07/24/2017 | Verizon Center,Washington,DC |
| 07/25/2017 | The Coliseum,Richmond,VA |
| 07/28/2017 | KeyBank Center,Buffalo,NY |
| 07/29/2017 | Joe Louis Arena,Detroit,MI |
| 07/29/2017 | Erie Insurance Arena,Erie,PA |
| 07/30/2017 | Dow Event Center,Saginaw,MI |
| 07/30/2017 | Covelli Centre,Youngstown,OH |
| 07/31/2017 | Allen County Expo Center,Ft. Wayne,IN |
| 07/31/2017 | PPG Paints Arena,Pittsburgh,PA |
| 08/01/2017 | Quickens Loans Arena,Cleveland,OH |
| 08/04/2017 | Halifax Forum,Halifax,NS |
| 08/05/2017 | Bell Centre,Montreal ,QC |
| 08/05/2017 | Harbour Station,Saint John,NB |
| 08/06/2017 | Canadian Tire Centre ,Ottawa,Canada |
| 08/06/2017 | Budweiser Gardens,London,Canada |
| 08/07/2017 | Air Canada Centre,Toronto,ON |

| | |
|---|---|
| 08/07/2017 | K-Rock Centre,Kingston,ON |
| 08/08/2017 | Air Canada Centre,Toronto,ON |
| 08/11/2017 | Cross Insurance Center,Bangor,ME |
| 08/12/2017 | Amalie Arena,Tampa,FL |
| 08/12/2017 | Augusta Civic Center,Augusta,ME |
| 08/13/2017 | American Airlines Arena,Miami,FL |
| 08/13/2017 | DCU Center,Worcester,MA |
| 08/14/2017 | Mass Mutual Center,Springfield,MA |
| 08/14/2017 | T.D. Garden,Boston,MA |
| 08/15/2017 | Dunkin Donuts Center ,Providence,RI |
| 08/19/2017 | Barclays Center NXT,Brooklyn,NY |
| 08/20/2017 | Barclays Center,Brooklyn,NY |
| 08/21/2017 | Barclays Center,Brooklyn,NY |
| 08/22/2017 | Barclays Center,Brooklyn,NY |
| 08/25/2017 | SIU Arena,Carbondale,IL |
| 08/26/2017 | Ark. St.U. Convocation Center,Jonesboro,AR |
| 08/26/2017 | Raising Cane's River Center ,Baton Rouge,LA |
| 08/27/2017 | Monroe Civic Center,Monroe,LA |
| 08/27/2017 | Bancorpsouth Arena,Tupelo,MS |
| 08/28/2017 | Fedexforum,Memphis,TN |
| 08/28/2017 | Four States Entertainment Ctr,Texarkana,AR |
| 08/29/2017 | Verizon Arena,North Little Rock,AR |
| 09/01/2017 | Intrust Bank Arena,Wichita,KS |
| 09/02/2017 | 1 Wireless Center,Moline,IL |
| 09/02/2017 | Sprint Center Arena,Kansas City,MO |
| 09/03/2017 | Mcleod Center -Univ Of Northern Iowa,Cedar Falls,IA |
| 09/03/2017 | Wells Fargo Arena,Des Moines,IA |
| 09/04/2017 | Mayo Civic Center,Rochester,MN |
| 09/04/2017 | CenturyLink Center Omaha,Omaha,NE |
| 09/05/2017 | Denny Sanford Premier Center,Sioux Falls,SD |
| 09/11/2017 | Honda Center,Anaheim,CA |
| 09/12/2017 | Thomas And Mack Center,Las Vegas,NV |
| 09/13/2017 | Horncastle Arena,Christchurch,New Zealand |
| 09/13/2017 | Neal S. Blaisdell Center,Honolulu,HI |
| 09/14/2017 | Rod Laver Arena,Melbourne,Australia |
| 09/15/2017 | Qudos Bank Arena,Sydney,Australia |
| 09/16/2017 | Brisbane Entertainment Centre,Brisbane,Australia |
| 09/18/2017 | SAP Center ,San Jose,CA |
| 09/19/2017 | Oracle Arena,Oakland,CA |
| 09/22/2017 | Golden 1 Center,Sacramento,CA |
| 09/23/2017 | Save Mart Center,Fresno,CA |
| 09/23/2017 | Pan American Center,Las Cruces,NM |
| 09/24/2017 | Staples Center,Los Angeles,CA |
| 09/24/2017 | El Paso County Coliseum,El Paso,TX |
| 09/25/2017 | Citizens Business Bank Arena,Ontario,CA |
| 09/25/2017 | Santa Ana Star Center,Rio Rancho,NM |
| 09/26/2017 | Gila River Arena,Glendale,AZ |

| | |
|---|---|
| 11/10/2017 | Barclaycard Arena,HAMBURG,Germany |
| 11/11/2017 | Kloene Arena,Padova,Italy |
| 11/11/2017 | SAP Arena,Mannheim,Germany |
| 11/12/2017 | Nelson Mandela Forum,Florence,Italy |
| 11/13/2017 | Philips Arena,Atlanta,GA |
| 11/14/2017 | Spectrum Center,Charlotte,NC |
| 11/18/2017 | Toyota Center - NXT,Houston,TX |
| 11/19/2017 | Toyota Center,Houston,TX |
| 11/20/2017 | Toyota Center,Houston,TX |
| 11/20/2017 | CenturyLink Center,Bossier City,LA |
| 11/21/2017 | Toyota Center,Houston,TX |
| 11/25/2017 | Garrett Coliseum,Montgomery,AL |
| 11/25/2017 | Greensboro Coliseum ,Greensboro,NC |
| 11/26/2017 | Charleston Civic Center Colise,Charleston,WV |
| 11/26/2017 | Von Braun Civic Center,Huntsville,AL |
| 11/27/2017 | Lexington Cntr Rupp Arena,Lexington,KY |
| 11/27/2017 | Mckenzie Arena @ UTC,Chattanooga,TN |
| 11/28/2017 | Bridgestone Arena,Nashville,TN |
| 11/30/2017 | Jockey Club,Lima,Peru |
| 12/01/2017 | Maverik Center,Salt Lake City,UT |
| 12/01/2017 | Arena Ciudad de Mexico,Mexico City,Mexico |
| 12/02/2017 | Honda Center,Anaheim,CA |
| 12/02/2017 | Coliseo Yucatan,Merida,Mexico |
| 12/03/2017 | Arena Monterrey,Monterrey,NL |
| 12/03/2017 | Palm Springs Convention Center,Palm Springs,CA |
| 12/04/2017 | Staples Center,Los Angeles,CA |
| 12/05/2017 | Valley View Casino Center,San Diego,CA |
| 12/08/2017 | Chesapeake Energy Arena ,Oklahoma City,OK |
| 12/09/2017 | BOK Center,Tulsa,OK |
| 12/09/2017 | U.S. Bank Arena,Cincinnati,OH |
| 12/10/2017 | KFC Yum Center,Louisville,KY |
| 12/10/2017 | Wesbanco Arena,Wheeling,WV |
| 12/11/2017 | Nationwide Arena,Columbus,OH |
| 12/11/2017 | Hulman Center,Terre Haute,IN |
| 12/12/2017 | Bankers Life Fieldhouse,Indianapolis,IN |
| 12/15/2017 | Bell Centre,Montreal ,QC |
| 12/16/2017 | War Memorial Arena,Syracuse,NY |
| 12/16/2017 | SNHU Arena,Manchester,NH |
| 12/17/2017 | T.D. Garden,Boston,MA |
| 12/17/2017 | PPL Center,Allentown,PA |
| 12/18/2017 | Westchester County Center,White Plains,NY |
| 12/18/2017 | Dunkin Donuts Center ,Providence,RI |
| 12/19/2017 | Nassau Coliseum,Uniondale,NY |
| 12/19/2017 | Utica Memorial Auditorium,Utica,NY |
| 12/25/2017 | Scottrade Center,St. Louis,MO |
| 12/26/2017 | Alistate Arena,Chicago,IL |
| 12/26/2017 | Madison Square Garden,New York,NY |

| Date | Venue |
|---|---|
| 12/27/2017 | Prudential Center,Newark,NJ |
| 12/27/2017 | Little Caesar's Arena,Detroit,MI |
| 12/28/2017 | XL Center,Hartford,CT |
| 12/28/2017 | PPG Paints Arena,Pittsburgh,PA |
| 12/29/2017 | Blue Cross Arena,Rochester,NY |
| 12/29/2017 | Giant Center,Hershey,PA |
| 12/30/2017 | Amalie Arena,Tampa,FL |
| 12/30/2017 | RICOH COLISEUM,Toronto,Canada |
| 1/1/2018 | American Airlines Arena,Miami,FL |
| 1/2/2018 | Amalie Arena,Tampa,FL |
| 1/8/2018 | Quickens Loans Arena,Cleveland,OH |
| 1/9/2018 | Huntington Center,Toledo,OH |
| 1/15/2018 | Fedexforum,Memphis,TN |
| 1/16/2018 | Verizon Arena,North Little Rock,AR |
| 1/22/2018 | Laredo Energy Arena,Laredo,TX |
| 1/23/2018 | American Bank Center Arena,Corpus Christi,TX |
| 1/27/2018 | Wells Fargo Center,Philadelphia,PA |
| 1/28/2018 | Wells Fargo Center,Philadelphia,PA |
| 1/29/2018 | Wells Fargo Center,Philadelphia,PA |
| 1/30/2018 | Wells Fargo Center,Philadelphia,PA |
| 2/5/2018 | Times Union Center,Albany,NY |
| 2/6/2018 | KeyBank Center,Buffalo,NY |
| 2/12/2018 | Target Center,Minneapolis,MN |
| 2/13/2018 | BMO Harris Bank Bradley Center,Milwaukee,WI |
| 2/19/2018 | Sprint Center Arena,Kansas City,MO |
| 2/20/2018 | CenturyLink Center,Omaha,NE |
| 2/26/2018 | Honda Center,Anaheim,CA |
| 2/27/2018 | Staples Center,Los Angeles,CA |
| 3/5/2018 | American Airlines Center,Dallas,TX |
| 3/6/2018 | AT&T Center,San Antonio,TX |
| 3/12/2018 | Philips Arena,Atlanta,GA |
| 3/13/2018 | Bridgestone Arena,Nashville,TN |
| 3/19/2018 | PPG Paints Arena,Pittsburgh,PA |
| 3/20/2018 | Nationwide Arena,Columbus,OH |
| 3/26/2018 | Barclays Center,Brooklyn,NY |
| 3/27/2018 | T.D. Garden,Boston,MA |