**IN THE UNITED STATES DISTRICT COURT FOR THE**

**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>        Plaintiff<br><br>vs.<br><br>JOHN AND JANE DOES 1-100, XYZ CORPORATIONS 1-100, DEGESREE ROOPNARINE GIBBS, MARY NADINE MODARELLI, STEVE EDWARD WRIGHT and DONALD THOMAS SIMON,<br><br>        Defendants. | Case No. 6:17-cv-504-Orl-40GJK |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

| | | |
|---|---|---|
| __X__ | IS | related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:<br><br>World Wrestling Entertainment, Inc. v. Various John and Jane Does, and Various XYZ Corporations, Case No.: 6:08-cv-418-Orl-28GJK<br>_____<br>_____ |
| _____ | IS NOT | related to any pending or closed civil or criminal case filed in this Court, or any other Federal or State court, or administrative agency. |

I further certify that I will serve a copy of this Notice Of Pendency Of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: April 24, 2017 Respectfully submitted,

    */s/ Jonathan B. Morton*
Jonathan B. Morton
Lead Trial Counsel
Florida Bar No.: 956872
jonathan.morton@klgates.com
K & L Gates LLP
200 S Biscayne Blvd Ste. 3900
Miami, FL 33131
Tel: 305 539 3300
Fax: 305 358 7095

*Attorneys for Plaintiff, World Wrestling Entertainment, Inc.*

Christopher M. Verdini (*pro hac vice*)
Email: christopher.verdini@klgates.com
K&L Gates LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

2