IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff <br><br> vs. <br><br> JOHN AND JANE DOES 1-100, XYZ CORPORATIONS 1-100, DEGESREE ROOPNARINE GIBBS, MARY NADINE MODARELLI, STEVE EDWARD WRIGHT and DONALD THOMAS SIMON, <br><br> Defendants. | Case No. 6:17-cv-504-Orl-40GJK |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action − including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

> World Wrestling Entertainment, Inc.
> K&L Gates LLP (Counsel for World Wrestling Entertainment, Inc.)
> Jonathan B. Morton, Esq. (Counsel for World Wrestling Entertainment, Inc.)
> Jerry S. McDevitt, Esq. (Counsel for World Wrestling Entertainment, Inc.)
> Curtis B. Krasik, Esq. (Counsel for World Wrestling Entertainment, Inc.
> Christopher M. Verdini, Esq. (Counsel for World Wrestling Entertainment, Inc.)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

> None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 24, 2017            Respectfully submitted,

*/s/ Jonathan B. Morton*
Jonathan B. Morton
Lead Trial Counsel
Florida Bar No.: 956872
jonathan.morton@klgates.com
K & L Gates LLP
200 S Biscayne Blvd Ste. 3900
Miami, FL 33131
Tel: 305 539 3300
Fax: 305 358 7095

*Attorneys for Plaintiff, World Wrestling Entertainment, Inc.*

Christopher M. Verdini (*pro hac vice*)
Email: christopher.verdini@klgates.com
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501