**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff <br><br> vs. <br><br> JOHN AND JANE DOES 1-100, XYZ CORPORATIONS 1-100, DEGESREE ROOPNARINE GIBBS, MARY NADINE MODARELLI, STEVE EDWARD WRIGHT and DONALD THOMAS SIMON, <br><br> Defendants. | Case No. 6:17-cv-504-Orl-40GJK |

## MOTION TO CONTINUE

Plaintiff World Wrestling Entertainment, Inc. ("WWE") respectfully moves to continue the requirement to meet with any defendant for purposes of preparing and filing a Case Management Report as established by the Court's April 11, 2017 Related Case Order and Track Two Notice (D.E. 23) for the reasons set forth below.

1. WWE brought this action for trademark infringement, counterfeiting and dilution under the Lanham Act, 15 U.S.C. § 1051, *et seq.*, including the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116(d), and related state law claims for trademark infringement, dilution and unfair competition occasioned by Defendants' unlawful manufacture, distribution and/or sale of counterfeit merchandise bearing unauthorized copies of WWE's registered and unregistered trademarks and service marks.

2. Among other relief, WWE requested a preliminary injunction and order of seizure prohibiting Defendants from selling counterfeit merchandise at WWE's live events during its

2017-2018 live event season. The Court granted WWE's request on April 7, 2017. *See generally* Preliminary Injunction and Order of Seizure (D.E. 22).

3. As reflected in WWE's Verified Amended Complaint (D.E. 21), WWE personally served Defendants Degesree Roopnarine Gibbs, Mary Nadine Modarelli, Steve Edward Wright and Donald Thomas Simon with WWE's original Verified Complaint.

4. The Defendants nor any representative for the Defendants has appeared in the case and the Defendants have not responded to the Complaint in any way.

5. As such, there has been no conference between WWE and the Defendants for the purpose of preparing and filing a Case Management Report.

6. The Court's Preliminary Injunction and Order of Seizure expires by its terms on March 27, 2018 -- twenty-four (24) hours after the March 27, 2018 WWE live event in Boston, Massachusetts.

7. During this time period, WWE may need to enforce the Court's Preliminary Injunction against the defendants, and WWE may serve additional counterfeiters pursuant to the terms of the Preliminary Injunction. Based on WWE's past experiences with counterfeiters and enforcement of injunctions and orders of seizure against counterfeiters, WWE does not expect, even if such defendants are successfully served, any of those defendants will appear in this case.

8. After the last served Defendant has been given the required time to appear, WWE will either dismiss the case if no Defendant has appeared or seek to prosecute the case against any Defendant has appeared.

9. Based on the foregoing, and in particular, the strong likelihood that no Defendant or counsel for Defendant will have appeared to enable the parties and the Court to conduct a meaningful Case Management Conference, WWE respectfully submits that good cause exists to

continue the requirement to submit a Case Management Report to the Court and respectfully requests that the requirement be continued until the earlier of (1) thirty (30) days after a Defendant enters an appearance or (2) May 4, 2018. By May 4, 2018, WWE will have either dismissed this action or a Defendant will have appeared and the parties will have sufficient time to submit a joint Case Management Report.

Dated: June 1, 2017             Respectfully submitted,

/s/ Jonathan B. Morton
Jonathan B. Morton
Lead Trial Counsel
Florida Bar No.: 956872
jonathan.morton@klgates.com
K & L Gates LLP
200 S Biscayne Blvd Ste. 3900
Miami, FL 33131
Tel: 305 539 3300
Fax: 305 358 7095

*Attorneys for Plaintiff, World Wrestling Entertainment, Inc.*

Christopher M. Verdini (*pro hac vice*)
Email: christopher.verdini@klgates.com
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501