# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Plaintiff<br><br>vs.<br><br>DEGESREE ROOPNARINE GIBBS, MARY NADINE MODARELLI, STEVE EDWARD WRIGHT, DONALD THOMAS SIMON, JOHN AND JANE DOES 1-100, and XYZ CORPORATIONS 1-100,<br><br>Defendants. | Case No. 6:17-cv-504-Orl-40-GJK |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff World Wrestling Entertainment, Inc. ("WWE"), by and through its undersigned counsel, hereby files this Notice of Dismissal Without Prejudice and states as follows:

1. WWE filed this action for trademark infringement, counterfeiting and dilution under the Lanham Act, 15 U.S.C. § 1051, et seq., including the Trademark Counterfeiting Action of 1984, 15 U.S.C. § 1116(d), and related state law claims for trademark infringement and unfair competition occasioned by Defendants' unlawful manufacture, distribution and/or sale of counterfeit merchandise bearing unauthorized copies of WWE's registered and unregistered trademarks and services marks.

2. On March 23, 2017, this Court entered a Temporary Restraining Order and Seizure Order (Dkt. 9) (the "TRO") authorizing WWE to seize counterfeit merchandise at its WrestleMania® 33 weekend that consisted of various events taking place in Orlando, Florida

from March 30 through April 4, 2017.  Pursuant to the TRO, WWE filed an injunction bond with the Court in the amount of US $10,000 (Dkt. 14).

3. As reflected in WWE's Verified Amended Complaint (Dkt. 21), WWE personally served Defendants Degesree Rooopnarine Gibbs, Mary Nadine Modarelli, Steve Edward Wright and Donald Thomas Simon with the original Verified Complaint.

4. No Defendant nor any representative for any Defendant has appeared in this case and no Defendant has responded to the Complaint in any way.

5. Therefore, in the interest of judicial economy, WWE files this Notice of Dismissal Without Prejudice, dismissing its claims set forth in the Amended Complaint pursuant to Rule 41(a)(1)(A)(i).  WWE also requests dismissal of the aforementioned injunction bond.

Dated:  April 4, 2018               Respectfully submitted,

*/s/ Jonathan B. Morton*
Jonathan B. Morton
Lead Trial Counsel
Florida Bar No.: 956872
jonathan.morton@klgates.com
K & L Gates LLP
200 S Biscayne Blvd Ste. 3900
Miami, FL 33131
Tel: 305 539 3300
Fax: 305 358 7095

Christopher M. Verdini (*pro hac vice*)
Email: christopher.verdini@klgates.com
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

*Attorneys for Plaintiff, World Wrestling Entertainment, Inc.*